UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

FILED
RECEIVED   LODGED
DEC 0 3 2002
CLERK US DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | Case No CR02-5984 |
| vs ) | |
| ) | |
| KEVIN R LEWIS, ) | INFORMATION |
| Defendant ) | |

The United States Attorney charges that

On or about July 14, 2002, at Naval Station Bremerton, Bremerton, Washington, within the Western District of Washington and within the special maritime and territorial jurisdiction of the United States, KEVIN R LEWIS, did drive or operate a motor vehicle while under the influence of or affected by intoxicating liquor

All in violation of Title 18, United States Code, Sections 7 and 13, and RCW 46 61 502 (1) (b)

DATED this 3 day of December, 2002

JOHN McKAY
United States Attorney

A T WILKES
Special Assistant U S Attorney

///

CR 02-05984 #00000001

Special Asst U S Attorney
Naval Station Bremerton
120 South Dewey Street
Bremerton, Washington 98314-5020
(360) 476-3443